# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2024-3318
1D2024-3319
1D2024-3320
_____

DEJOR JAERAIL HILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

April 1, 2026

PER CURIAM.

AFFIRMED. *See Sanderson v. State*, 1D2024-1311, 1D2024-1312, 1D2024-1313 (Fla. 1st DCA Apr. 1, 2026) (citing *Hollingsworth v. State*, 293 So. 3d 1049, 1052–53 (Fla. 4th DCA 2020)) (holding that the Sixth Amendment right to trial by a jury was not implicated during sentencing for violation of probation when the trial court, rather than a jury, found the defendant to be a violent felony offender of special concern under section 948.06(8), Florida Statutes, and a danger to the community).

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.